# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATUJ BENITO MARCO-TULIO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | Case No. 1:26-cv-05063-JLT-EPG-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE<br><br>(ECF No. 12) |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 1, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On July 2, 2026, Respondent filed a motion to dismiss. (ECF No. 8.) On July 6, 2026, this matter was reassigned. (ECF No. 9.) On July 7, 2026, the district judge denied the motion for TRO as untimely and set a briefing schedule. (ECF No. 11.) Given that Respondent has already filed a responsive pleading, the Court will modify the briefing schedule.

Accordingly, the Court HEREBY ORDERS that:

1. Within **FOURTEEN (14) days** of the date of service of this order, Petitioner SHALL FILE an opposition or statement of non-opposition to Respondent's motion to dismiss; and

2.  Within **SEVEN (7) days** after an opposition has been filed in CM/ECF, Respondent MAY file a reply.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE